```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

                         Plaintiff,

- against -

BENJAMIN MEKAWY AND ALAN D. SEIDEL,

                         Defendants.

**19 Civ. 11731 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiff Securities and Exchange Commission ("SEC") submitted a letter (Dkt. No. 22) requesting the Court lift the stay in this matter, since the defendants Benjamin Mekawy and Alan Seidel ("Defendants") have been sentenced in the related criminal matters. See United States v. Mekawy, No. 20 CR 406 (S.D.N.Y. Dec. 23, 2019), Dkt. No. 31; United States v. Seidel, No. 20 CR 205 (S.D.N.Y. Dec. 23, 2019), Dkt. No. 24. Additionally, the SEC states that it does not intend to file a motion pursuing civil penalties against the Defendants, and there are therefore no issues for the Court to resolve. For the above reasons, the stay in this case is lifted.

**SO ORDERED.**

Dated:    June 9, 2022
           New York, New York

                                            _____
                                            Victor Marrero
                                              U.S.D.J.